*Thursday, January 30, 1997*

## MOTION DOCKET

**96–2786.  State v. Cola.**

Cuyahoga App. No. 70483.  This cause is pending before the court as a discretionary appeal and a claimed appeal of right.  Upon consideration of appellant's motion for appeal bond and for stay of execution of the judgment of the court appeals,

IT IS ORDERED by the court that the motion for appeal bond and for stay of execution be, and hereby is, denied.